IN THE UNITED STATES DISTRCIT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

Jerry Hughes, )  NOTICE OF VOLUNTARY
 )  DISMISSAL PURSUANT TO
      Plaintiff, )  F.R.C.P. 41(a)(1)(A)(i)
 )
vs. )
 )
 )  Case No.: 1:13-cv-13404
 )
Galina Gladka, M.D., Anna Bartnik, M.D., )
Dean Brenner, M.D., Megan Caram, M.D., )
Kemp Cease, M.D., and Thomas Abalo, )
M.D., Aleda E. Lutz, VA Medical Center, )
VA Ann Arbor Healthcare System, )
United States of America, )
Jointly and Severally,

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or his counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s).

Date: August 21, 2013

_Ramona C Howard_
*Signature of Plaintiff or Plaintiff's counsel*

645 Griswold St., Ste 4200
*Address*

Detroit, MI 48226
*City, State & Zip Code*

313 961-4400
*Telephone number*

McKeen & Associates, P.C. • 645 Griswold Street, Suite 4200 • Detroit, MI 48226 • (313) 961-4400